# Martha G. Bronitsky
### Chapter 13 Standing Trustee
### United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward, CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

June 05, 2018

Nathan D Borris Atty
1380 A Street
Hayward, CA 94541

Chapter 13 Case No.: 18-41200-CN 13
Re: Gregory Frederick Albrecht
    Marilyn Lisa Albrecht

In our initial review of your client's case, the trustee requests clarification of the listed items on the attached forms.

Although a complete review of this case has not taken place and there may be other inconsistencies that may need to be addressed at the 341 meeting, it is necessary to advise you of the situation.

The requested items **must** be received five (5) days prior to the 341 meeting of creditors. Failure to provide the requested information may result in the recommendation by the trustee that this case be dismissed or converted to a Chapter 7.

If you have any question concerning this matter, please do not hesitate to contact the Legal Department.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CASE # 18-41200     DEBTOR(S): ALBRECHT

BASED ON THE INITIAL REVIEW OF THE ABOVE DEBTORS CASE THE FOLLWING AMENDED PLAN, SCHEDULES AND/OR MISC DOCUMENTS **NEED TO BE FILED WITH BANKRUPTCY COURT AND/OR PROVIDED TO THE CHAPTER 13 TRUSTEE** FOR THE FOLLOWING REASONS:

### DEBTOR'S PLAN

[]   Northern District of California Chapter 13 plan to be filed with court. [NDC-1 (11-6-17) – see attached]

[]   Please serve the plan on all creditors with 28 days' notice and opportunity to object on all creditors or 21 days' notice and opportunity to object, if plan was previously served and amendment is being filed that effects the creditors.
[Attached is a standard notice and certificate of service. Please include your creditors in the certificate of service and mail a copy of the notice, certificate of service and the plan to each creditor and file the notice and certificate of service with the bankruptcy court]

[]   Last four digits of Soc. Sec. No:
____ Do no match statement of social security form
____ Missing

[]   Section 1.01 (b)
____ A nonstandard provisions is reflected on section 7 but the box has not been checked
____ Debtor has selected that a nonstandard provision is reflected, but no provisions has been listed

[]   Section 1.02 - No alteration to form plan permitted. Debtor has altered the following section(s) _____

[]   Section 2.01:
____ Plan payments on the chapter 13 plan not provided
____ Plan payment is not feasible. Payments need to increase to _____ for ____ months.
____ Debtor must file a declaration regarding the proposed step payments
____ Debtors plan fails to meet the chapter 7 liquidation analysis
____ Debtors proposed plan payments is not sufficient to pay the Trustee fee, monthly payment on the attorney fees & the monthly dividends specified.

[]   Section 2.02:
____ missing amount, source and/or date of lump sum payment(s)
____ No time frame for sale/refinance of property and/or time frame to long in section 1.01(b). (Timeframe should not exceed 12 months)
____ Sale/refinance provision missing:

Martha G. Bronitsky Chapter 13 Trustee's Office – Plan Form NDC-1 (11-6-17)

[]     Section 2.03 missing duration of plan

[]     Section 3.05 (Attorney fees):
       _____ Missing:
       _____ Fees are inconsistent with the amounts reflected on the Fee disclosure and/or the rights and responsibilities form
       _____ Fees are in excess of the allowed fees

[]     Section 3.06 (Administrative expenses):
       _____ Missing monthly payment

[]     Section 3.07 (Secured claims – Class 1):
       _____ Missing _____
       _____ Class 1 checklist needed pursuant to General Order 34
       _____ Authorization release form needed pursuant to General Order 34
       _____ File declaration pursuant to General order 34 re: mortgage payments

[]     Section 3.08 (Secured claims – Class 2):
       _____ Missing _____
       _____ (B) & (C) "Reduction in value" requires Motion to value Collateral to be filed and ordered prior to confirmation of plan. Needed for the following creditors: _____
       _____ If debtor has elected to value a creditor through the plan the plan must be served pursuant to Fed.R.Bankr.P. 3012

[]     Section 3.09 (Class 3 – Surrender):
       _____ Missing

[]     Section 3.10 (Class 4 – Direct):
       ___ Missing
       ___ Proof of on-going mortgage payments to be provided at the meeting of creditors

[]     Section 3.12 (Unsecured Priority)
       ____ Missing estimated priority claims
       ____ Domestic support checklist to be provided pursuant to General Order 34

[ ]    Section 3.13 (unsecured treated differently):
       ____ Treatment of such claims must be appended to the plan referencing section 3.13 of the plan
       ____ The following creditor(s) treatment unfairly discriminates other unsecured creditors:
       Section: ____ Creditor: _____

[ ]  Section 3.14 (Unsecured)
     ____ Percent plan or Pot Plan must be selected
     ____ Estimated percentage must be reflected under "Pot Plan"

[ ]  Section 4.01 – Missing _____

[ ]  Section 4.02 – Missing _____

[ ]  Section 7:
     _____ All nonstandard provisions shall be identified by a section number beginning with section 7.01 and indicate which section of the form plan are modified by it.
     _____ Signatures are missing

[ ]  Information on the plan, does not match/needs clarification:
     ____ Creditor is listed in multiple sections, must select one.

[ ]  Claim #____ filed by ____ - not provided for and/or classification of claim is different than scheduled and/or filed for higher than scheduled.

**MISC DOCUMENTS**

[ ]  Copy of most recent filed IRS tax return to trustee's office 7 days before 341. Send 1st two pages of 1040 & schedule C (if applies) with all SSN's redacted including dependents' names and SSN's (if applies).

[XX] Payment advices/paystubs and/or Certification pursuant to General Order 32 (from 60 days prior to filing) to be provided to trustee's office 7 days before 341. (DEBTOR#1 GREGORY)

   NOTE: PLEASE DO NOT FILE <u>TAXES</u> OR <u>PAYMENT ADVICES</u> WITH COURT.
   THEY ARE TO BE SENT IN THE FOLLOWING FORMATS:
   - Via mail - Po Box 5004 Hayward Ca 94540
   - Drop off – 22320 Foothill Blvd #150 Hayward Ca 94541
   - FTP site (Contact the Trustee's office for instructions)
   - Encrypted file via email 13TRUSTEE@OAK13.COM only if properly encrypted, with the proper access information provided to the Trustee's office. Taxes and payment advices must be attached as separate PDF attachments with social security numbers redacted. If the email is not encrypted they will not be accepted.

[ ]  Certificate of credit counseling and/or declaration of exigent circumstances re: credit counseling to be filed.

[ ]  Statement by debtor not represented by an attorney to be provided (see attached)

## MEANS TEST (Form 122C-1/ Form 122c-2)

[ ]   Payment of $ with % to unsecured creditors is needed to pay in disposable monthly income of $

[ ]   Per means test, commitment period of 60 months is needed for plan.

[ ]   Business expenses need to be moved from form 122C-1, line 5 to form 122C-2, line 43.

[ ]   Deduction on # needs a supporting declaration.

[ ]   Deduction on # does not match the current expenses of the debtor, per the schedule J.

[ ]   Incorrect information on means test Line#

[XX]  Declaration is necessary to explain the difference between the Means Test Income of $4015.52 and the Schedule I income of $7402.72 FOR DEBTOR #1 GREGORY

[ ]   Chapter 13 statement of current monthly income & calculation of commitment period to be filed

## SCHEDULES:

[ ]   **Voluntary Petition (Form 101):** Part __ # ___:

[ ]   **Summary of Your Assets/ Liabilities/ Certain Statistical information (Form 106Sum):** Part __ # ___:

[ ]   **Schedules A/B (Form 106A/B):** Part __ # ___:

[ ]   **Schedule C (Form 106C):**
      Part __ # ___:

[ ]   **Schedule D – Secured Creditors (Form 106D):** Part __ # ___:

[ ]   **Schedule E/F- Unsecured creditors (Form 106E/F):** Part __ # ___:
      ____ must reflect domestic support obligation information for the holder of the claim. (Only if there is a court ordered for the support)

[ ]   **Schedule G – Executory Contracts (Form 106G):** Part __ # ___:

[ ]   **Schedule H – Co-Debtors (Form 106H):** Part __ # ___:

[XX]  **Schedule I – Income (Form 106I):**
      [XX]  MISSING LENGTH OF EMPLOYMENT FOR D 31 - GREGORY

____ must reflect complete employer address/information for debtor.
____ Line 8a requires supporting statement that reflects gross receipts, ordinary and Necessary business/rental expenses, and total monthly net income.
____ Declaration of outside party to support plan to be filed re: _____
(Including: Name of person giving the support, source of the support, amount of the support & the duration of the support)

[] **Schedule J - Expenses**
   [] **(Form 106J):**
      ___ Part ___ # ___:
      ___ Expenses exceed Income
      ___ Proposed payment exceeds excess income
      ___ Auto insurance not provided for
      ___ Not all excess income is being paid into the plan $____ after expenses & proposed $___ plan payment
   [] **(Form 106J-2)**: Part ___ # ___:

[] **Statement of Financial Affairs (Form 107):**
   ___ Information incomplete Part ___ # ___:
   ___ Part ___ # ___ Missing

**ATTORNEY FEES**
[] Rights and Responsibilities form is not filed and/or on incorrect form [Form was updated 2/1/18]
[] Attorney fee disclosure form is not filed and/or on incorrect form
Note: fees will not be paid unless above forms are filed on the correct form

**MORTGAGE MODIFICATION MEDIATION (MMM):**
[] Motion for referral of case to the MMM program needs to be filed and ordered

**OTHER:**
[] Motion to dismiss:

[] Proof of loan modification application and mortgage payments to be provided

***Note: If you have questions regarding the above information, please contact the Trustee's office by phone (510) 266-5580 or send an email:
RLE - Susie Valdivia at svaldivia@oak13.com
CN - Rammet Munoz at rmunoz@oak13.com
WJL – Carolina Urbina at curbina@oak13.com