THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7111
(510) 581-7112 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

GREGORY FREDERICK ALBRECHT &
MARILYN LISA ALBRECHT,

Debtors

) Case No.: 18-41200
) Chapter 13
)
) **NOTICE AND OPPORTUNITY FOR**
) **HEARING RE THIRD AMENDED**
) **MOTION TO MODIFY CONFIRMED**
) **CHAPTER 13 PLAN; CERTIFICATE OF**
) **SERVICE**
)

TO ALL INTERESTED PARTIES:

Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice. A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position. If there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and either (1) the initiating party will give at least 7 days written notice of hearing to

1

the objecting or requesting party, and to any trustee or committee appointed in the case. In the event an objection or request for hearing is timely made; or (2) the tentative hearing date.

PLEASE TAKE NOTICE THAT the Debtor herein has filed a THIRD AMENDED MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN, a copy of which is attached hereto.

Dated: August 14, 2018 /s/ NATHAN D. BORRIS, ESQ.
*Attorney for Debtors*

# CERTIFICATE OF SERVICE

I, Nathan D. Borris, certify that the following is true and correct:

I am employed in Hayward, County of Alameda, California, am over the age of eighteen years, and am not a party to the within entitled cause.

My business address is 1380 A Street, Hayward, CA 94541. On August 14, 2018, I served a THIRD AMENDED MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN; DECLARATION IN SUPPORT THEREOF; NOTICE AND OPPORTUNITY FOR HEARING, and PROPOSED THIRD MODIFIED CHAPTER 13 PLAN by causing true copies thereof, enclosed in sealed envelopes with postage thereon fully prepaid, to be placed in the United States Post Office mail box at Hayward, CA, addressed to the following parties, or served via ECF:

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

TCF National Bank as Servicer for First Tech
1405 Xenium Lane N
Plymouth, MN 55441-4429

Chase Bank
PO Box 15298
Wilmington, DE 19886-5298

1st United Services Credit Union
5901 Gibraltar Drive
Pleasanton, CA 94588-2718

Citibank
PO Box 6500
Sioux Falls, SD 57117-6500

Best Buy/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Comenity Bank
PO Box 659728
San Antonio, TX 78265-9728

| | | |
|---|---|---|
| 1 | DISCOVER FINANCIAL SERVICES LLC | Midland Funding |
| 2 | PO BOX 3025 | 2365 Northside Drive Suite 300 |
|   | NEW ALBANY OH 43054-3025 | San Diego, CA 92108-2709 |

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Ecast Settlement Corporation
PO Box 29262
New York NY 10087-9262

Encore Receivable Management Inc
PO Box 3330
Olathe, KS 66063-3330

Firstsource Advantage LLC
205 Bryant Woods South
Amherst, NY 14228-3609

GC Services LP
PO Box 3855
Houston, TX 77253-3855

JPMorgan Chase Bank, National Association
c/o ALDRIDGE PITE, LLP
4375 Jutland Dr., #200
P.O. Box 17933
San Diego, CA 92177-7921

Kohl's/Capital One
PO Box 3115
Milwaukee, WI 53201-3115

LendingClub Corporation
71 Stevenson St. Suite 1000
Attn Bankruptcy Dept
San Francisco, CA 94105-2967

Mercantile
165 Lawrence Bell Drive Suite 100
Buffalo, NY 14221-7900

Midland Funding
2365 Northside Drive Suite 300
San Diego, CA 92108-2709

Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0
San Francisco, CA 94102-3661

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Synchrony Bank
PO Box 960090
Orlando, FL 32896-0090

TD Bank USA, N.A.
c/o Weinstein and Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

Target Card Services
PO Box 660170
Dallas, TX 75266-0170

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelopes were collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 14, 2018 at Hayward, CA.

/s/ NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq.